U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 2 9 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TESSA VIDUENO** | **CIVIL ACTION 14-2618** |
| **VS.** | |
| | **JUDGE HAIK** |
| **COMMISSIONER OF SOC. SEC.** | **MAGISTRATE JUDGE HANNA** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED** and this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 28th day of December, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE